1

2

3

4

5

6

7            IN THE UNITED STATES DISTRICT COURT

8        FOR THE NORTHERN DISTRICT OF CALIFORNIA

9                    SAN JOSE DIVISION

10   Elias Corey,                              NO. C 06-03754 JW
                                               NO. C 06-03755 JW
11   _____/
                                               **ORDER CLOSING CASES**
12   City of Pontiac Policemen's and Firemen's
     Retirement System,
13

14              Plaintiffs,
        v.
15
     John Gifford, et al.,
16
                Defendants.
17   _____/

18        On October 25, 2006, the Court consolidated the above entitled cases with an earlier filed

19   case, C 06-3344.  (See Docket Item Nos. 10 in both cases.)  In light of that Order, these cases should

20   have been closed since they have been subsumed into the Lead Case.  Accordingly, the Court now

21   orders the Clerk of Court to close C 06-3754 and C 06-3755.

22

23   Dated: September 30, 2009          _____

24                                      JAMES WARE
                                        United States District Judge
25

26

27

28

**United States District Court**
For the Northern District of California

**United States District Court**

For the Northern District of California

1    **THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

2    Christina Leigh Wu christinawu@quinnemanuel.com
Christopher William Johnstone chris.johnstone@lw.com

3    Darren Jay Robbins e_file_sd@csgrr.com
David Siegel dsiegel@irell.com

4    David Michael Friedman david.friedman@lw.com
Douglas Leavitt LEAVITT@DS-L.COM

5    Elizabeth B. Wydra elizabethwydra@quinnemanuel.com
Eric L. Zagar ezagar@btkmc.com

6    Garland Aycuff Kelley Gkelley@irell.com
Heather Lynn Thompson heather.thompson@lw.com

7    John Charles Hueston jhueston@irell.com
John Mark Potter johnpotter@quinnemanuel.com

8    Jonathan Herschel Bornstein jonathan@bornsteinandbornstein.com
Lita Monique Verrier lverrier@rmkb.com

9    Lucas F. Olts luke.olts@bullivant.com
Michael J. Ioannou mioannou@rmkb.com

10   Ofer Bleiweiss obleiweiss@irell.com
Patrick C. Doolittle patrickdoolittle@quinnemanuel.com

11   Rees Ferriter Morgan rees.morgan@lw.com
Risha Nickelle Jamison risha.jamison@lw.com

12   Scott Gregory Lawson scottlawson@quinnemanuel.com
Shaunt Toros Arevian sarevian@irell.com

13   Shawn A. Williams shawnw@csgrr.com
Steven Bauer steve.bauer@lw.com

14   Susan Germer susangermer@quinnemanuel.com
Travis E. Downs travisd@csgrr.com

15

16   **Dated: September 30, 2009**           **Richard W. Wieking, Clerk**

17

18                               **By:    /s/ JW Chambers**
                                      **Elizabeth Garcia**
                                      **Courtroom Deputy**

19

20

21

22

23

24

25

26

27

28